828

BETH B. KOLETAR, Respondents.— Memorandum: Upon the facts here presented, we conclude that "a vacancy in a nomination made at a fall primary" was not created within the meaning of the language of subdivision 3 of section 140 of the Election Law. Oral application for leave to appeal to the Court of Appeals denied. This, of course, does not prevent an application being made directly to the Court of Appeals. (Appeal from an order of Erie Special Term denying application to have Board of Elections accept certificate of nomination as valid.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ. (Decision and order entered Oct. 17, 1961.)

In the Matter of DANIEL J. NAPLES et al., Appellants, v. PETER B. CARR, Respondent.—

Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ. (Decision and order entered Oct. 17, 1961.)

In the Matter of the Construction of the Will of TINA H. HALE, Deceased.—

Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

In the Matter of the Estate of TINA H. HALE, Deceased.—

Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

In the Matter of the Construction of the Will of TINA H. HALE, Deceased.—

Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

(A) MARY DRABEK, Appellant, v. JOHN KAMINSKI et al., Respondents. (B) DAVID A. WHITT, an Infant by LAWRENCE R. WHITT, His Guardian ad Litem, et al., Appellants, v. TOWN OF PORTER, et al., Respondents. (C) BLANCHE SIEKIERSKI, Plaintiff, v. RALPH J. DERLETH et al., Defendants. JOHN SIEKIERSKI, Plaintiff, v. RALPH J. DERLETH et al., Defendants. (D) WILLIAM J. BASHAW, Respondent, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Appellant.— [In each action] Appeal dismissed, without costs, upon stipulation.

(A) CONSTANCE BOONE et al., Appellants, v. BARBARA SZYNKOWSKI et al., Respondents. (B) GILBERT H. GOKEY, Appellant, v. FORD MOTOR COMPANY et al., Respondents. (C) PAUL M. GROVE, JR., Individually and as Administrator of the Estate of FRANCES GROVE, Deceased, Appellant, v. ADELAIDE BLANCHARD et al., Respondents. (D) JEAN GRUET, Respondent, v. CHARLES GRUET, Appellant. (E) ARTHUR LEWIS, Appellant, v. LUIGI BATTAGLIA et al., Doing Business as BILL'S ACE OF HEARTS RESTAURANT, Respondents. (F) THEODORE L. MARTIN, Appellant, v. LAFAYETTE THEATRE BUILDING, INC., Respondent. (G) MARTIN O'CONNOR, Appellant, v. LAFAYETTE THEATRE BLDG., INC., Respondent. (H) DELIA STEVENS, Appellant, v. NATIONAL BANK OF AUBURN, as Executor of ORA H. EVERETT, Deceased, Respondent.— [In each action] Motion granted and appeal dismissed.

(A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. MYRON DARLING, v. WALTER H. WILKINS, as Warden of Attica Prison. (Richard Yunker, Esq., for Glenn Charles, Esq.; order entered Sept. 26, 1961.) (B) THE PEOPLE OF THE STATE OF NEW YORK v. SIGMUND ZOCHOWSKI. (Eugene W. Bergin, Esq., for Donald L. Bilgore, Esq.; order entered Oct. 3, 1961.) (C) THE PEOPLE OF